**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BYRON GEOVANNY ORELLANA BERMEO,<br><br>Petitioner,<br><br>vs.<br><br>SECRETARY KRISTI NOEM *et al.*,<br><br>Respondents. | ) | No. 3:25-cv-438<br><br>District Judge Stephanie L. Haines<br>Magistrate Judge Peter E. Ormsby |

# ORDER

On November 14, 2025, Petitioner, a native of Ecuador, proceeding with the assistance of counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. 2241. ECF No. 1. The Petition remains pending.

At the time of the Petition, Petitioner alleged that he was "detained pending his removal proceedings." ECF No. 1, ¶2. By the time of their response filed on January 30, 2026, Respondents contended that Petitioner was detained pursuant to 8 U.S.C. § 1231(a)(6). ECF No. 19 at 2-4, 9. As of the time of their Response, Respondents acknowledged that Petitioner had been in custody (at that time, at Moshannon Valley Processing Center) for three months and seven days. ECF No. 19 at 4. According to a search of the ICE detainee locator system on this date, Petitioner is now detained at Ero El Paso Camp East Montana in Texas.

Although the Court is loath to further delay action on the pending Petition, ruling on an incomplete record does not serve the interests of Petitioner, Respondents, or the Court.

Within fourteen (14) days, Petitioner and Respondents shall each submit a status report, not to exceed five (5) pages excluding exhibits, addressing the likelihood of Petitioner's removal

in the reasonably foreseeable future, including the status of Petitioner's immigration/withholding-only proceedings, and their effect on such likelihood of removal.

AND NOW, this 20th day of August 2026, it is SO ORDERED.

BY THE COURT:

Peter E. Ormsby
United States Magistrate Judge