**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

BYRON GEOVANNY ORELLANA BERMEO,

Petitioner,

vs.

KRISTI NOEM *et al.*,

Respondents.

Civil Action No. 3:25-cv-438
Judge Stephanie L. Haines
Magistrate Judge Peter E. Ormsby

**MEMORANDUM ORDER**

Presently before the Court is a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Byron Geovanny Orellana Bermeo ("Petitioner") (ECF No. 1). Petitioner was detained at Moshannon Valley Detention Center and claimed he was held without his constitutional right to a hearing. Respondents filed a Status Report (ECF No. 21) with documentation of Petitioner's removal on August 24, 2026 (ECF No. 21, 21-1, 21-2). This matter was referred to Magistrate Judge Peter E. Ormsby for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On September 16, 2026, Magistrate Judge Ormsby filed a Report and Recommendation (ECF No. 22) recommending that the Petition (ECF No. 1) be dismissed as moot. The Parties were advised they could file objections to the Report and Recommendation within 14 days. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. No objections were filed and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 22) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant

to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Ormsby in this matter.

Accordingly, the following order is entered:

**ORDER**

AND NOW, this 6th day of October, 2026, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) hereby is DISMISSED as moot; and,

IT IS FURTHER ORDERED that Magistrate Judge Ormsby's Report and Recommendation (ECF No. 22) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge